```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

GLORIA BEAMON                                            PLAINTIFF

VS.                         CIVIL ACTION NO. 5:05-cv-72(DCB)(JMR)

TRIAD FINANCIAL CORPORATION;
AND THAMES AUTOPLEX, INC.                               DEFENDANTS

## ORDER OF REMAND

This cause having come on for hearing on the plaintiff's motion to remand, and the motion having been granted in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is REMANDED to the Circuit Court of Warren County, Mississippi.

SO ORDERED, this the  22nd  day of March, 2006.


                                 s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE